In the U.S. federal Courthouse

Clarence L. Dunson

v

DR. L.D. hoang, Nurse gryffith
Nurse hewitt, T.L. Dicks
Mr pennaclo, miss Rairdliff
warden Redolin, ass jeffro

4:11cv503-ws/wcs

Complaint

Civil action no _____
to be asinged by Clerk

Statement of facts

This is a Civil action authorized by 42 U.S.C. section 1983
to redress the deprivation, under Color of state law, of Rights
secured by the Constitution of the United states. the Court
has jurisdiction under 28 U.S.C. section 1331 and 1343 (A)(3).
plaintiff seeks declaratory relief pursuant to 28 U.S.C. section
2201 and 2202 plaintiff's claims for injunctive relief are
authorized by 28 U.S.C. section 2283 and 2284 and Rule 65
of the federal Rules of Civil procedure. this goes with
medical Jackson Correctional Institution see Statement of
facts. Clarence Lorenzo Dunson is and was at all times
mentioned herin a prisoner of the state of florida in
the Custody of the florida Department of Corrections

he is Currently Confined in Union Correctional institution 7819 N.W. 228TH street Raiford, fl, 32026 Defendants ① Doctor L. D. hoang, ② nurse griffith ③ nurse hewitt ④ Supervise of Classification mr. T. L. Dicks ⑤ my Classification officer mr. pernacla, Classification I. T. C. Bond miss, Raincluff warder Reddie, ass. warder Jeffco, is the Warden of Union Correctional institution, he is legally for the operation of Union Correctional institution and for the welfare of all the inmates of that institution see above Names. all work for this institution who at all times mentioned in this Complaint hold the above positions and was assigned to Union Correctional institution, each defendants is sued individually and in his and her official Capacity. at all times mentioned in this Complaint each defendant acted under the Color of state law. facts see exhibits grievances medical dus litter for me I have a shot gun pellet in my left hand and two warts on my left foot my feet burn all the time see my medical Records! legal Claims medical Violated Clolerce Lorenzo Dunson medical needs at all times eighth and fourteenth amendment to the United States Constitution.

The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. plaintiff has been and will continue to be irreparably injured by the conduct of all the defendants unless this Court grants the declaratory and injunctive relief which plaintiff seeks. wherefore, plaintiff respectfully prays that this Court enter judgment granting plaintiff. a declaration that the act and omissions described herein violated plaintiff's Rights under the Constitution and laws of the United states. a preliminary and permanent injunction ordering all named defendants to let me see a Real license Doctor. Then give me what I ask for and stop chargeing me for nathing. Compensatory Damages in the amount of ten million dollars against each defendants, jointly and severally. punitive Damages in the amount of ten million dollars against each Defendant. a jury trial on all issues triable by jury. plaintiff's Cost in this suit and any additional relief this Court deems just, proper, and equitable.

Date ____

Respectfully Submitted
Clarence Lorenza Dunson
Union Correctional Institution
7819 N.W. 228TH Street
Raiford, fl. 32026
D/C #168282

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

TO:
(Check One)

☐ Warden
☐ Asst. Warden

☐ Classification
☐ Security

☑ Medical
☐ Mental Health

☐ Dental
☐ Other

| FROM: | Inmate Name Clarence Dunson | DC Number 168282 | Quarters BE 1107 | Job Assignment Kitchen | Date 9-3-2011 |

**REQUEST**

Check here if this is an informal grievance ☐

I put my glasses with a sick Call slip into the A dorm nest window 8-28-2011 to be fixed I would like to know when I will get my glasses back I was beaten up by the officers in this institution that is how my glasses get brocking.

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

You should have picked them up by self not check with own sick call.

DATE RECEIVED:

RECEIVED
SEP 12 2011
HEALTH SERVICES
ADMINISTRATOR

[The following pertains to informal grievances only]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): J Hewitt, SHSA UCI | Date: 9/16/11 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH SLIP/PASS**

*EI-107*

The below-named inmate is authorized for:

- ☐ Bed rest lay-in          From_____ To_____
- ☐ Low/bottom bunk      From_____ To_____
- ☐ No shave                  From_____ To_____
- ☒ Restricted activity    From 9-14-11 To 9-14-12
- ☒ Restrictions: *No lifting over 15 pounds*
*No pushing, pulling, bending*
*squatting*

- ☐ Other:                       From_____ To_____

Inmate _____  Authorized
DC# 110282        R/S _____  by:_____
Date of Birth 3-6-58
Institution _Union C.I._       Date:_____
                                        (Initial & Name Stamp)

**Health Slip/Pass**
**DC4-701D (2/96)**          A. Nazaren
                                         U.C.I.
White/Medical  Yellow/Security  Pink:Inmate

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH SLIP/PASS**

The below-named inmate is authorized for:

- ☐ Bed rest lay-in          From_____ To_____
- ☐ Low/bottom bunk      From_____ To_____
- ☒ No shave                  From_____ To_____
- ☐ Restricted activity    From_____ To_____
- ☐ Restrictions:_____

- ☐ Other:                       From_____ To_____

Inmate _____  Authorized
DC#_____  R/S _____  by:_____
Date of Birth_____
Institution_____       Date:_____
                                        (Initial & Name Stamp)

                                DR. L.D. HOANG, MD
                                        PHYSICIAN
                                        UNION CI
**Health Slip/Pass**
**DC4-701D (2/96)**     White/Medical  Yellow/Security  Pink:/Inmate

**INMATE REQUEST**

H. A.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

TO:
(Check One)

☐ Warden
☐ Asst. Warden

☐ Classification
☐ Security

Supervisor
☑ Medical
☐ Mental Health

☐ Dental
☐ Other

FROM: Inmate Name
Clauras Dunson

| DC Number | Quarters | Job Assignment | Date |
|-----------|----------|----------------|------|
| 168282 | B.C, 1107 | Kitchen | 7-25-2011 |

**REQUEST**

Check here if this is an informal grievance ☑

I have had this Rash on my Neck for over a month
I have put in 2 sick call slips to get some
Hotacorisol creed look in my medical Reords!
and to see a doctor or a skin doctor! I put
in my first Bismuth pink Refills 2 months ago
And never got my Refills!!

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

DATE RECEIVED:

RECEIVED
JAN 26 2011
HEALTH SERVICES
ADMINISTRATOR

You were seen on 1/26/11 by the
Physician concerning your rash. The
Pepto Bismol was only written for 30 days on 9/29/10.
You may address sick call for a new prescription.

[The following pertains to informal grievances only:  J. HEWETT
SR. HSA
Based on the above information, your grievance is _____ (Returned, Denied, or Approved).  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature):  J. Hewett, SHSA, UCI        Date:  1/31/11

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.
Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

# INMATE REQUEST

### STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

TO: (Check One)
☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☑ Supervisor — Medical
☐ Mental Health
☐ Dental
☐ Other

FROM: Inmate Name
Clarence Owoor

DC Number: 168282

Quarters: B E 1107

Job Assignment: Kitchen

Date: 8-16-2011

## REQUEST

Check here if this is an informal grievance ☐

On 8-5-2011 I saw DR. L.Q. Hoang he sode that he would only me
some pain pill for my Back and neck and some Thing for my Burn
Burn and something for my Burning foot on 8-12-2011 I put in
a sick call request I was called in medical two days later
and the mail nurse told me he would see what he could and
I told him that my Restricted activities pass need Renewing
he made this out and I have opting nothing that I have
ask for I would like to no xY I at anyone has are is
monhurhat I have ask you I am on my foot for 9 hours the
doter loabar at my left foot and said no he would give
me all of the above who put a lean on my accat but dont
do what you say I need all of this thing A.S.A.P.
Thank you
AK

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. AK
informal grievances will be responded to in writing.

---

## DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: AUG 25 2011 HEALTH SERVICES ADMINISTRATOR

You were seen on 8/8/11 you were assessed and correctly
charged. You actually saw Dr. Hoang on 7/30/11 in your
Chronic illness clinic. On 8/31/11 the doctor did order Naprosyn
for neck + back pain secondary to Arthritis, DJD + DDD. If you have
further medical issues, you may choose to address sick call.

[The following pertains to informal grievances only:
Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

J. HEWETT
SR. HSA
UNION C.I.

Official (Signature): J Hewett SHSA UCI          Date: 9/1/11

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.
Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

NOV 0 8 2010

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

DUNSON, CLARENCE                168282          10-6-34521              UNION C.I.                    G22084
INMATE                    NUMBER    GRIEVANCE LOG NUMBER     CURRENT INMATE LOCATION      HOUSING LOCATION

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.  Attach a copy of this response to your re-filed grievance.

Based on the foregoing information, your grievance is returned without action.

S. Milliken

_____                    _____              _____
SIGNATURE AND TYPED OR PRINTED NAME                SIGNATURE OF WARDEN, ASST. WARDEN, OR              11/4/10
OF EMPLOYEE RESPONDING                      SECRETARY'S REPRESENTATIVE                        DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY                    COPY DISTRIBUTION - CENTRAL OFFICE
(2 Copies) Inmate                                (1 Copy) Inmate
(1 Copy) Inmate's File                              (1 Copy) Inmate's File - Inst./Facility
(1 Copy) Retained by Official Responding                    (1 Copy) C.O. Inmate File
                                         (1 Copy) Retained by Official Responding

**INMATE REQUEST**

UNION FLORIDA
DEPARTMENT OF CORRECTIONS

*Formal Grievances*

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

**TO:**
(Check One)
☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
*Supervises*
☑ Medical
☐ Mental Health
☐ Dental
☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|-------|-------------|-----------|----------|----------------|------|
| | Clarence Dunson | 168282 | B.D 1102 | Kitchen | 2-3-2011 |

**REQUEST** J. Hewett

Check here if this is an informal grievance ☐

① I would like a bigger tube of this neptatin cream this 30 chaos on my refill is not going to last me until the 26 of this month and this rash is on my neck and back ② this doctor Dr. roano can't understand me because he told me that he would give me something better then this pink-B-ismel pill for my upset stomack and I never get that ? ③ do I have to keep asking forward medical sick call over and over for the same things I have been writing to you to get what I need. You don't have a female taking $500 out of my record for not doing your jobs for me then?

please took car of this matters thank you

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

DATE RECEIVED: **RECEIVED** FEB 0 4 2011

HEALTH SERVICES ADMINISTRATOR

YOU HAVE THE OPTION OF ADDRESSING THIS ISSUE THROUGH SICK CALL PROCEDURES

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): J. Macey | 1. MACEY, HSA UNION CI | Date: 2-8-11 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

**ATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

**TO:**
(Check One)

☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☒ Medical
☐ Mental Health
☐ Dental
☐ Other

| FROM: | Inmate Name Clarcia Durson | DC Number 168782 | Quarters B.C. 1102 | Job Assignment Kitcher | Date 7-25-2011 |
|---|---|---|---|---|---|

**REQUEST**

Check here if this is an informal grievance ☐

I have had this Rash on my Neck for over a month.
I have put in 2 sick call slips to get some
Ketocoozol cree lood in my medical Records!
and to see a doctor or a skin doctor! I put
in my pink Bismuth pill Refills 2 months ago
and never got my Refills!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

DATE RECEIVED:

RECEIVED
JAN 26 2011
HEALTH SERVICES
ADMINISTRATOR

You were seen on 1/26/11 by the
Physician concerning your rash. The
Pepto Bismol was only written for 30 days on 9/29/10.
You may address sick call for a new prescription.

[The following pertains to informal grievances only:] J. HEWETT,
Based on the above information, your grievance is SR. HSA
Unit HSA
_____. (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): J. Hewett, SHSA, UCI | Date: 1/31/11 |
|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

*Formal Grievances*

(Instructions on Back)

*Supervisor*

| | | | Mail Number: |
|---|---|---|---|
| | | | Team Number: |
| | | | Institution: |

**TO:** (Check One)
- ☐ Warden
- ☐ Asst. Warden
- ☐ Classification
- ☐ Security
- ☐ Medical
- ☐ Mental Health
- ☐ Dental
- ☐ Other

**FROM:** Inmate Name: Clarence Duncan  **DC Number:** 168282  **Quarters:** B.Q.110Z  **Job Assignment:** Kitchen  **Date:** 2-3-2011

**REQUEST** J. Hewett

Check here if this is an informal grievance ☐

① I would like a bigger tube of this Neptation Cream this 30 grams on my refill is not going to last me untill the 21 of this Month and this Rash is on my neck and Back ② this doctor. I can't understand, no because he told me that he would give me something better than this pish-Bismal pill for my upset stomach and I never got that ? ③ do I have to stop asking you and Madigan Sick Call over and over for the same things been week and writing to you to get what I need. You don't have a formula taking $5.00 out of my record for not doing your jobs for me this!

Plase took Cor of this matters

thank you

*All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.*

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

**DATE RECEIVED:**  RECEIVED  FEB 0 4 2011  HEALTH SERVICES ADMINISTRATOR

YOU HAVE THE OPTION OF ADDRESSING THIS ISSUE THROUGH SICK CALL PROCEDURES

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

**Official (Signature):** J. Macey   T. MACEY, HSA   UNION CI   **Date:** 2-8-11

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

**INMATE REQUEST**

RECEIVED

OCT 22 2010

ASSISTANT WARDEN'S OFFICE

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☑ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |

| FROM: | Inmate Name Clarence Dunson | DC Number 282 | Quarters C.C. 208 | Job Assignment Death Row O | Date 10-19-2010 |

**REQUEST**                               Check here if this is an informal grievance ☑

I would like to no y I Cant get a pair of state long Johns or my medical issuled long Johns? I would like for you to get laundry to give me a pair of long Johns

thank you

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE**                                    DATE RECEIVED: _____

Refer to Laundry for review - copy response to AWO.
B. Whitehead/gs   10-22-10

You ~~Are~~ DO NOT HAVE A medical PASS FROM UNION C.I.
OR ANY OTHER INSTITUTION THAT Allows you TO Be ISSUED
Long JO4NS/M

get long johns thru the Kitchen
11-9-11

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _Denied_____.  (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____   Date: 11-5-10

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: _____

*(Instructions on Back)*
*Supervisor*

TO:         ☐ Warden          ☐ Classification   ☑ Medical       ☐ Dental
(Check One) ☐ Asst. Warden    ☐ Security          ☐ Mental Health ☐ Other ____

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|-------|-------------|-----------|----------|----------------|------|
|       | Clarence Dunson | 168282 | C.G 3108 | Death Row O | 10-6-2010 |

**REQUEST**                     Check here if this is an informal grievance ☑

I have had this medical pass for 3 years at Jackson Correction institution I have been to the laundry 4 times and I have gotten the run a round for my state issued medical long Johns! I would like for you to give me a medical pass for this institution or call the laundry so I can get my long Johns! thank you

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                     DATE RECEIVED OCT 14 2010

RECEIVED

HEALTH SERVICES ADMINISTRATORS

Clothing is not a medical issue.
They to Security has criteria in
issuing Long Johns-

RECEIVED
OCT 18 2010
SRNS OFFICE
UNION CI

B. DEWOODY, SRNS
UNION C.I.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _denied_ . (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature) | Beth DeWoody | Date: | 10/18/10 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by reference in Rule 33-103.019, F.A.C.

*Exhibit*

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: OS-10-459
Team Number: _____
Institution: _____

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name Clarence Dunson | DC Number 168282 | Quarters G1207 | Job Assignment D.R.O. | Date 8-27-2010 |

**REQUEST**                          Check here if this is an informal grievance ☑

I have had this passis for 7 years, I saw R. Rollins
MD physician of DCI and got my Restriction/activity
pass for this instution no lifting, no pulling, no pushing
no squating. I am doing all of this and more as a
Death Row orderly I am 53 years old, me never shoulb
have put me on this job in the first place and I
have Hi Blood pressure! I would like a job change

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

SEP 05 2010                      RECEIVED AUG 3 1 2010

**RESPONSE**  Referred to S. Perry for response.   DATE RECEIVED: 8-31-10

With your back restriction of no lift > 15lbs, pull/push/squat,
you should be able to work as an orderly on Death Row.
They only have to work you within your restriction and I
Do not see a problem with your job and your work restrictions.
Furthermore, you have only had this job since July 27, 2010, not
long enough to ask for a job change.

                    What do I have to die before I got
                    help!

[The following pertains to informal grievances only:]
Based on the above information, your grievance is **Denied**.  (Returned, Denied, or Approved.) If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Signature): _____                    Date: 9-7-10

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

#2

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

**TO:** (Check One)
☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☑ Medical
☐ Mental Health
☐ Dental
☐ Other

| FROM: | Inmate Name Clarence Dunson | DC Number 168282 | Quarters LG11207 | Job Assignment D.R.O. | Date 8-25-2010 |
|---|---|---|---|---|---|

REQUEST Miss hewitt                                     Check here if this is an informal grievance ☑

I have been to sick call 3 times asbings to see a
~~doctor for the past ~~ ~~x my pass and Beat~~ ~~and heard~~
the nurse in medical keep lieing to me I have a
Restrictent activity pass for no lifting, pulling and
pushing from 12-4-09 to 12-4-2010 I have had this
passis for 1 yrs now medical can't find my passis.
I have this pass right now! no lifeling 25 pounds

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All
informal grievances will be responded to/in writing.

---

**DO NOT WRITE BELOW THIS LINE**

RECEIVED
SEP 01 2010
HEALTH SERVICES
ADMINISTRATOR

## RESPONSE                                     DATE RECEIVED:

Actually you are scheduled to see
the doctor in the near future.

J. HEWETT
SR. HSA
UNION C.I.

[The following pertains to informal grievances only.]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Signature): J. Hewett, SHSA, UCI | Date: 9/14/10 |
|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file.

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

RECEIVED
OCT 07 2010
MEDICAL RECORDS
UNION CI

Incorporated by Reference in Rule 33-103.019, F.A.C.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

*Roomal Grievance*

Mail Number: _____
Team Number: _____
Institution: _____

(Instructions on Back)

TO:
(Check One)

☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☑ Medical
☐ Mental Health
☐ Dental
☐ Other _____

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Clarence Dixson | 168282 | CH 3/07 | D.R.O | 9-27-2010 |

**REQUEST**

Check here if this is an informal grievance ☑

Mis hewett it has ben a mouth and I haue not seen a
doctor yet Could you please none me up on the doctor
list thank you!

Y am I still a artsdorly!

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All
informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

RECEIVED
OCT 07 2010
HEALTH SERVICES
ADMINISTRATOR

**RESPONSE**          DATE RECEIVED: _____

You were seen on 9/29/10.

[The following pertains to informal grievances only:
Based on the above information, your grievance is _____ J. HEWETT _____. (Returned, Denied, or Approved).  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

SR-HSA
UNION CI

| Official (Signature): J Hewett, SHSA, UCI | Date: 10 18 10 |
|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

RECEIVED
OCT 07 2010
MEDICAL RECORDS
UNION CI

Incorporated by Reference in Rule 33-103.019, F.A.C.

## INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

*(Instructions on Back)*

*Supervisor!*

**TO:**
(Check One)

☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☑ Medical
☐ Mental Health
☐ Dental
☐ Other

| FROM: | Inmate Name Clarence Dawson | DC Number 168282 | Quarters C.H. 3107 | Job Assignment Death Row O | Date 9-18-2010 |

**REQUEST** *Supervisor!*

Check here if this is an informal grievance ☑

On 9-10-2010 I declared a medical emergency the nurse that shot my medical emergency paper work said that I was not bleeding so ther was no medical emercacy I need to see a doctor A.S.A.P. I have ben takeing the I.B.uprofen 800MG for the pains in my Neck and Back for years I think that is y my Stomack is hurting and I am Cofting up a litter blood I am in Consistent pain

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

Other

DO NOT WRITE BELOW THIS LINE

RECEIVED OCT 03 DATE RECEIVED
RECEIVED SEP 22 2010
HEALTH SERVICES ADMINISTRATOR

## RESPONSE

You were seen by the doctor your labs were all within normal limits + your Hemocouel test @ for bleeding If the problem persists you have the option of addressing sick call

R. DEWOODY, SRNS
UNION C.I.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is *denied* . (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): R. Dewoody Fe          Date: 10-3-10

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

grounds ① Bound V Smith 430 US 483, 52 LED 72 97 SCT 540 C 1941) all prisoners have a fundamental Right to adequate effective and meaningful access to the Courts to Challenge Violation of their Constitutional Rights!

grounds ② Clarke V Stotler, 121 F3D 222 C 5TH Cir 1997) prison officials may NOT Retaliate against or harass inmates exercise of the Right of access to the Courts!

grounds ③ Madrid V Gomez, 150 F3D 1030 C 9TH Cir 1998) all prisoners possess the Right of access to the Courts NOT only to pursue appeals from Criminal Conviction but also ho asset CIVIL RIGHTs ACTIONs!

grand # ④ Right NOW! Chriceal V philips 169 F3D 313 C 5TH Cir 1999) prison Clearly have a Contitutionally protected Right of access to the Court and Interference with a prisoner's Right to access to the Courts, such as Delay, may Result in A Constitutional Deprivation!

Aiding and abetting

see Chia V Cambra 281 F3D 1032 C 9TH Cir 2002)

Sincerity

Mr. Clarence L. Durson

```
IRN0601                      FLORIDA DEPARTMENT OF CORRECTIONS    07/14/2011      13:50
                                    INMATE MANAGEMENT PLAN
                                                                                      PAGE: 1
DC#: 168282            NAME: DUNSON, CLARENCE L.
R/S: B/M             LOCATION: UNION C.I.                  TRD: 99/98/9999        85% DATE: 99/00/9999
                                                          BED: E11071                 TEAM: 08
EXTERNAL STATUS: ACTIVE
INTERNAL STATUS: GENERAL POPULATION            AM JOB: LABORER-FOOD SERVICE
                                               PM JOB: LABORER-FOOD SERVICE        CUSTODY : CLOSE
ASSESSMENT DATE: 07/14/2011                                                   VISIT STATUS : APPROVED
                                    ASSESSED BY: PSD10 - PARRA, SHAWN D.
                          FACILITY WHERE ASSESSED: 213 UNION C.I.
                           PERIOD OF ASSESSMENT: FROM: 07/14/2010    TO: 07/14/2011
                          CUSTODY DURING ASSESSMENT: CLOSE
```

---

REVIEW PERIOD ADJUSTMENT

```
AVERAGE RATINGS
        WORK/PROGRAM ASSIGNMENTS: ABOVE SATISFACTORY      TRANSFER DATA
               HOUSING/SECURITY: ABOVE SATISFACTORY           GOOD ADJUSTMENT TRANSFER: APPROVED
                                                          EDUCATION/VOCATION TRANSFER: N/A
DISCIPLINARY RECORD
            MAJOR DR'S THIS PERIOD:    0                 GAIN TIME RECORDS
            MINOR DR'S THIS PERIOD:    0                        EARNED G/T THIS PERIOD: LIFE
            TOTAL DR'S THIS PERIOD:    0                          G/T LOSS THIS PERIOD: LIFE
        TOTAL DR'S SINCE ADMISSION:    7                    G/T NET AWARD THIS PERIOD: LIFE
                                                          G/T EARNED SINCE ADMISSION: LIFE
   OVERALL ADJUSTMENT THIS PERIOD: ABOVE SATISFACTORY        G/T LOSS SINCE ADMISSION: LIFE
                                                        G/T NET AWARD SINCE ADMISSION: LIFE
```

---

INTERESTS AND MOTIVATION

```
WORK ASSIGNMENT INTERESTS:
               1. N/A
               2. N/A                              PROGRAMMING INTERESTS:
               3. N/A                                 1. ARTS/DESIGN VC
                                                      2. N/A
        FAITH BASED PROGRAMMING: N                    3. N/A
   RE-ENTRY FACILITY PROGRAMMING: N
        P.R.I.D.E. ASSIGNMENT: N                 MOTIVATION ASSESSMENT: EXCELLENT
```

THIS INMATE MANAGEMENT PLAN SHOWS YOUR OVERALL ADJUSTMENT DURING THE STATED REVIEW PERIOD. YOU ARE ENCOURAGED TO REMAIN DR FREE, MAINTAIN POSITIVE INSTITUTIONAL ADJUSTMENT AND STRIVE FOR POSITIVE REVIEWS IN YOUR SECURITY AND WORK OR PROGRAM RATINGS. YOU ARE ENCOURAGED TO PARTICIPATE IN SUBSTANCE ABUSE, EDUCATIONAL, VOCATIONAL AND RE-ENTRY PROGRAMS AS THEY BECOME AVAILABLE TO YOU. THESE PROGRAMS WILL HELP YOU FACILITATE A SUCCESSFULL TRANSITION BACK TO SOCIETY AND YOU WILL BE ASSESSED FOR THESE PROGRAMS WITHIN A CERTAIN TIME FRAME PRIOR TO RELEASE WHICH WILL BE BASED, IN PART, ON YOUR ADJUSTMENT, NEEDS AND PROGRAM AVAILABILITY.

CLASSIFICATION OFFICER COMMENTS

NONE

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Copy #2 _Formal Grievance_ (Instructions on Back)

Mail Number: O8-11-151
Team Number:
Institution:

TO: (Check One)
☐ Warden
☐ Asst. Warden
☑ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☐ Other

FROM: Inmate Name: Clarence Darwson

DC Number: 168282

Quarters: B.E. 1107

Job Assignment: Kitchen

Date: 8-4-2011

REQUEST: Mr. Dicks

Check here if this is an informal grievance ☑

I have sent you my Request and informal with a letter from the asst warden on 7-12-2011 and I have not gotten any Response from you on 7-26-2011 I talked to investigator Brown no is Sending a Reply letter back to the attorney general on this job matter I Would like to work on a job that I can do, a Restricted activity pass for 8 years I Cont do this cookery Jobs and the Kitchen staff is mad at me I Cont do these Hated to pull and this hours and deniating me access to the law Library I am in tune Courts Right Now I Would like to be on your I.C.T. job change list this week.

                                        thank you

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

DATE RECEIVED:

RECEIVED AUG 0 8 2011

RECEIVED
AUG 09 2011
UNION C.I.
CLASSIFICATION

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____      Date: _____

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

⑧

**INMATE REQUEST**

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: 07-11-535
Team Number: _____
Institution: _____

Supervisor

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☑ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name Clarence Dunson | DC Number 168282 | Quarters B.E 1107 | Job Assignment Kitchen | Date 7-25-2011 |
|---|---|---|---|---|---|

REQUEST Mr. Dicks

Check here if this is an informal grievance ☑

I would like a launder job on insite grands
I have a Restricted activity pass. I do not wont
any orladerly job I had that job befor and I cant
do it. this Attachment paper are self
exployatory. I should be on the T.C.I. job
Chang next wook. Attachment page 3

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

RECEIVED JUL 2 9 2011
UNION C.I.

DATE RECEIVED: **RECEIVED** JUL 2 7 2011

| | |
|---|---|

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Signature): | Date: |
|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

*jot 7-18-11*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**UNION CORRECTIONAL INSTITUTION**

**OFFICE OF THE ASSISTANT WARDEN**

**MEMO TO:**  Dunson, Clarence #168282

**FROM:**  Assistant Warden N. Jeffcoat

**DATE:**  July 6, 2011

**SUBJECT:**  Request to the Inspector General's Office regarding abuse allegations

---

Your inmate request to the Inspector General's Office has been forwarded to the institution for review and response.

On December 9, 2010, you were placed in Administrative Confinement pending an allegation of staff abuse. The investigation concluded with no findings to support the claim of abuse and you were released back to population.

You have recently completed six months in your assigned job and are eligible for a job change. You will need to communicate your request to your classification officer. The Institutional Classification Team will review your request once it is received.

Your allegation of being denied access to the Law Library has been carefully reviewed. It has been determined that your allegation has no merit as I could not find any facts to support your allegations.

_____
Assistant Warden N. Jeffcoat

*this is a postofy document*

*that I gab back 8-30-2011*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**ATE REQUEST**

(Instructions on Back)    EI-107

Supervise
3

Mail Number: _____
Team Number: 8
Institution: _____

**TO:** (Check One)
☐ Warden
☐ Asst. Warden
☑ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☐ Other

| FROM: Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|
| Clarence Durson | 168782 | B.C. 1107 | Kitchen | 7-12-2011 |

**REQUEST** T.L. Dicks          Check here if this is an informal grievance ☐

I had a Call out to see my Classification officer Mr. parra
I came to the movement Center and was not seen. I would
like a job Change because I am being denied access to the
law library I am in 3 Counts the new shift is from 5:00pm
to 2:00pm I was going to the law library 8 times a week now
I can only go two times a week and that is on my days
off I was put on this shift 3-9-2011 this is a rotation

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**          DATE RECEIVED:

You Have only Been At this Job For
6 months. you Have to Have A year to
request A Job Change.

this is a lie.

**RECEIVED**
JUL 14 2011
UNION C.I.
CLASSIFICATION

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____    Date: 7-18-11

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019, F.A.C.

have ben doing this Kitchen job for 9 mouths. I was
d a job in the lounder by invistiagation Rodrequst
...r I lefted that death Row orlder job but I never gat it y.
I would like that lounder job or a inside grounds job.
I keep geting into thirgs in the Kitchen because I Cant
lifted this heavy pots and pands and I am tord of the
Kitchen if you want hefp me then I will go to Confinement and
mess up my good ajustment transfer. this are twa Reeing
y I should be put on anther job.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

copy #2 **FORMAL GRIEVANCE** 08-11-152

(Instructions on Back)

Mail Number: _____
Team Number: _____ 8
Institution: _____

| TO: (Check One) | ☐ Warden ☑ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name Clarence L Dunson | DC Number 168282 | Quarters B, E, 1107 | Job Assignment Kitchen | Date 8-4-2011 |
|---|---|---|---|---|---|

**REQUEST**

asst warden Classification is deflrring you and the attorney general letters the give me a job that I can do in the laundry or work inside grounds I have to deal with investigator G green 7-26-20 he is sending a letter back to the attorney general on this job not I have sent my Request and informal grievances and you letter me to mr T Dicks on 7-12-2011 and did not know Responses and just as him a formal grievance on this job Change matter I would like to work on this weeks I.C.I. list for another job.

thank you

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

DATE RECEIVED: RECEIVED AUG 0 8 2011

RECEIVED
AUG 0 9 2011
UNION C.I.
CLASSIFICATION

All you have to do is work within you work Restriction and you can do that while working in the Kitchen

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: 8-10-11 |
|---|---|

Distribution:   White   -Returned to Inmate      Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate              informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

Today is monday 8-29-2011 and the Kitchen
officers would not let put out my legal
mail and when I get legal mail the mail
Room officers have to Call the Kitchen for
me to peak up my legal mail this Kitchen
job is a redatiale job you Know and
I Know that this pople Can Charge any
ones job when they went to. The only
day that I Can put my legal mail out is
on friday and fridays and saterday or
my days off. this is the 3 time that
this grounds have beate my up and this
is the frost time that they have made
me bleed and tryed to Cripple me I
will weeight septll the Courts and all
the organizations that I have sent

letters to for help then I will tack
matters in to my one hands because I am
geting beatings up for nothings I might
as will tock a few of then with me
I need your help I am putting the last
bit of hope and faith in to you all
one more time then it is my time. What
happend to my Constitutional Guarantees and
safety in this institutions from this so Called
offices ?

Sincerity
Mr. Clarence Lorenza Dunson

```
                     FLORIDA DEPARTMENT OF CORRECTIONS          06/14/11
         IISO885                    INMATE NOTICE
                        FOR MONTH OF: MAY,2011

INMATE NAME: DUNSON, CLARENCE  L.                     DC NUMBER: 168282
FACILITY: UNION C.I.                         HOUSING ASSIGNMENT: E11071
                                                       MAIL-BOX:

CLASSIFICATION TEAM: 08  PSD10 PARRA, SHAWN D


  THE INFORMATION CONTAINED IN THIS NOTICE IS PROVIDED FOR INFORMATION PURPOSES
  ONLY AND IS SUBJECT TO CHANGE AT ANY TIME.  GRIEVANCES RELATED TO THIS GAIN
  TIME AWARD SHALL BE FILED PURSUANT TO THE FORMAL GRIEVANCE PROCESS NO LATER
  THAN THE END OF THIS CALENDAR MONTH.


* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                                                                       *
*  ASSIGNMENT PERFORMANCE:         ABOVE SATISFACTORY                    *
*     REASON (UNSATIS. OR ABOVE): PROGRAM/WORK ASSIGNMENT                *
*     EVALUATED BY:                UNION C.I.                            *
*                                                                       *
*  SECURITY EVALUATION:            ABOVE SATISFACTORY                    *
*     REASON (UNSATIS. OR ABOVE): GENERAL COMPOUND BEHAVIOR              *
*     EVALUATED BY:                UNION C.I.                            *
*                                                                       *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                                                                       *
*                                                          DAYS         *
*                                                          --           *
*  INCENTIVE GAIN TIME AWARD RECOMMENDED:                  NA           *
*     ENHANCED GAIN TIME AWARD RECOMMENDED:                NA           *
*     STP GAIN TIME AWARD RECOMMENDED:                     10           *
*     VCC GAIN TIME AWARD RECOMMENDED:                     NA           *
*                                                                       *
*  MODIFICATION OF INCENT: (MITIGATED)  WORK/PROGRAM STABILITY          *
*                                                                       *
*  OTHER GAIN TIME AWARD RECOMMENDED:                                   *
*     WORK GAIN TIME AWARD RECOMMENDED:                    NA           *
*     EXTRA TIME AWARD RECOMMENDED:                        NA           *
*     CONST TIME AWARD RECOMMENDED:                        NA           *
*                                                                       *
*     THE ABOVE AWARDS MAY NOT APPLY TO ANY OR ALL COMMITMENTS BASED    *
*     UPON SENTENCING PROVISIONS AND/OR DISCIPLINARY ACTION.            *
*                                                                       *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CURRENT TENTATIVE RELEASE DATE: 99/98/9999
```

come to Union Correctional Institution * I was made to go to Restricted activity, no shave, low bunk pass I saw the Classification C. P Boroal * 7-27-2010 and got this job as a death Row orderly : am being made to pull and push this 800 pounds food cart * a hall and throw a mass then put on to elavorter then pull & push it on to p. Dorm then I have to put 81 food trays to anther food cart then put the jush jug that ways 90 pounds in one and anther prison have to give the food and drink out this * all on p Dorm 2 north upper Death Row Cameras * then after that have to put everything back and down out side then I have ; mop 8 floors and Clean low and wall pick up tray if I * out I will get a Confinement and I will lose al of my personal property and will get jumped on by the guards, because none they use to do that work I got this institution Restricted activity from 8-28-10 to 8-29-11 from R. Rodriquez M. D. physician rion. C. I for no pushing no pulling no lifting over 15 pounds & squatered and I am doing all of this and much more. Y was I sent to this institution? Y am I a Death Row orderly ? Y cant I get anther job ? look at the Death Row Cameras I am a pain I have Hi; blood pressure I thank GOO that I have not had a heart atteat or a strick my Back and neck has got worser - thank that I have a hearner, you see this bull shit Respones that I got lack the secretary of D.O.C. has not sent my paper back I wonder will he. * I need to get out of this institution befor I am Murder for fighting for my Rights !

# INMATE REQUEST

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number:
Team Number:
Institution:

TO: (Check One)  ☒ Warden  Miss Rainstuff  
☒ Asst. Warden  
☒ Classification  ☐ Medical  ☐ Dental  
☐ Security  ☐ Mental Health  ☐ Other

FROM: Inmate Name: Clarence Quinson  
DC Number: 168282  
Quarters: C, C, 208  
Job Assignment: Death Row Orderly  
Date: 10-15-10

## REQUEST

Check here if this is an informal grievance ☐

Miss Rainstuff! I came to Union Correctional institution 7-23-10 with a Restricted activity pass from Jackson C.I. I saw the I.C.T board 7-27-10 I was made a death Row orderly! I got a restricted activity pass from this institution from R. Rodriguez M.D. physician 8-28-10 to 8-29-11 I have sent my Classification office grievances and the I.C.T Board that have talked to inspector C.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

if not this week 20 the November 4 put it 5th put in paperwork

DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED:

RECEIVED

UNION C.I.
CLASSIFICATION

I will put you on next weeks ICT docket and you can make a job reassignment request to the ICT.

now Classification has put me in the kitchen this is worsen the death Row you call inspector Rodriguez I was told I was going to the laundry

[The following pertains to informal grievances only:
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,

argues two times because I am being threaten by staff members death Row because I can't do this job. then have be 3 men with e same pass that I have and they are gone to new jobs! y I still a Death Row orderly? this is elderly abuse in a tate institution florida statute 825.103 - 825.107 (7.) and 15.102 (1) 2008 I would like to be tasking of off this b A. S. A. P. I am in fear for my life everyday on this job

copy #4

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
OCT 14 2010
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From: Dunsor Clouciase L
Last    First    Middle Initial

168282    Union Correctional institution
Number    Institution

Part A – Inmate Grievance    10-6-30385

I Came to Union Correctional institution 7-23-2010 with a Restricted
activity pass from Jackson Correctional institution I saw the I.C.
T. Borad 7-27-2010 and was made a Death Row orderly! I got
a Restricted activity pass from this institution from R Rodriguez
M.D. physician 8-28-10 to 8-29-11 I have sent Classifictiru The
inspector C. Rodriguez, the I.C.I Borad informal grievance
formal grievance I am being threaten by staff member on death
Row because I cant do this job! Ther has ben 3 Men with the
same pass and they all have other jobs now! Y am I still
a death Row orderly? This is elderly abuse in a state institution
florida statutes 825.103 and 825.107C(7) abuse 415.107(7)
florid. Statute 2008! I would like to be taking off of this

OCT 2 9 2010

Department of Co...
Bureau of Inmate Gr... Appeals

**PART B - RESPONSE**

| DUNSON, CLARENCE | 168282 | 10-6-32385 | UNION C.I. | G22081 |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

NOTE: This grievance is not accepted as a grievance of a sensitive nature.

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your appeal at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules.

Furthermore, if you fear staff, contact the institutional inspector. *did two times 9-24-10-10-12-10*

If you fear another inmate, contact the shift officer in charge for immediate action. *did 9-24-10*

If you feel you need medical attention, contact the institutional medical department via the sick call/emergency process. *8-5-10 and 6-31-10*

When making allegations of staff misconduct, provide all pertinent information such as names, dates, times, places and specific details. *have times and dates will send in if I don't get jay charge !*

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure. Attach a copy of this response to your re-filed grievance. *have evid put in with jay charge !*

Based on the foregoing information, your grievance is returned without action.

S. Milliken

SM                                                                    10/18/10

| SIGNATURE AND TYPED OR PRINTED NAME | SIGNATURE OF WARDEN, ASST. WARDEN, OR | DATE |
| OF EMPLOYEE RESPONDING | SECRETARY'S REPRESENTATIVE | |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

*Reply!*

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

NOV 0 1 2010

TO: ☐ Warden     ☐ Assistant Warden     ☑ Secretary, Florida Department of Corrections

From: Ouerson  Clararel  L          168282          Union Correctional Inst
      Last     First   Middle Initial        Number              Institution

Part A – Inmate Grievance          10-6-3 3521

I went to see the I.C.T Board today 10-28-2010
they took me off off death Row and put me in the
Kitchen everything in the Kitchen is hard for me to
do! I would like for you to talk to inspector Rodriguez
in this institution becaus I was told by he and my
Classification that I was going to the laundry this
is happening becaus I have told the truth about what
is being dun to me is this institution this is a
Retention job! please Check on me I know that I wont
last on this job I will be in the O'Dora Confinement
I would like a houseman job, or a laundry job.

MAILED/FILED
WITH AGENCY CLERK

NOV 0 8 2010

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| DUNSON, CLARENCE | 168282 | 10-6-34521 | UNION C.I. | G2208 |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure. Attach a copy of this response to your re-filed grievance.

Based on the foregoing information, your grievance is returned without action.

S. Milliken

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

put in with medical Request to launder

Care of all inmates Rule 33.602.101

each inmate shall be issued sufficient Clothing including long Johns with a medical pass, outer Clothing, underwear, socks, shoes, in addition inmates shall be furnished sufficent Clothing during the cold weather to insure adequate warmth and each inmate shall be required to mack a change of outer Clothing at least twice a week! The launder will not answers any of my grievances

I have read the foregoing Complaint and hereby Verify that the matters alleged therein are true. I Certify under penalty of perjury that the foregoing is true and Correct.

date 9-25-2011 Union florida

Clarence Lorenza Dunson